IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| RICHARD GREENE, JR. | * |
| v. | * Civil No. JFM-02-2336 |
| STATE OF MARYLAND DEPARTMENT OF LABOR, LICENSING & REGULATION, ET AL. | * |

\*\*\*\*\*

ORDER

Upon consideration of plaintiff's motion for enlargement of time and defendants' opposition thereto, it is this 23rd day of December 2002

ORDERED that the time for plaintiff to respond to defendants' motion to dismiss be extended to January 10, 2003.

J. Frederick Motz
United States District Judge

