IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD GREENE, JR. | * |
| | * |
| v. | *   Civil No. JFM-02-2336 |
| | * |
| STATE OF MARYLAND DEPARTMENT | * |
| OF LABOR, LICENSING & | * |
| REGULATION, ET AL. | * |

******

## MEMORANDUM

Defendants have filed a motion to dismiss in this *pro se* action for employment discrimination. Plaintiff has filed an opposition to the motion. The motion will be granted.[1] It is clear from plaintiff's allegations that the claims that he asserts arise from facts that occurred more than three years prior to the institution of this suit. A three year statute of limitations applies to all of the claims. Therefore, plaintiff's claims are clearly time-barred.[2]

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: January 30, 2003

J. Frederick Motz
United States District Judge

---

[1] Plaintiff has requested the appointment of counsel in his opposition. Because it is clear that plaintiff's claims are time-barred, plaintiff's request will be denied.

[2] Because plaintiff's claims are time-barred, I need not reach the other issues raised by defendants. I also note that in plaintiff's opposition to defendants' motion, he alleges that "Defendants, individually and severally, slandered and defamed Plaintiff" in 2000 and 2001. However, plaintiff has not asserted any claim for defamation.

