FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 30 P 3: 23
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD GREENE, JR. *
*
v. * Civil No. JFM-02-2336
*
STATE OF MARYLAND DEPARTMENT *
OF LABOR, LICENSING & *
REGULATION, ET AL. *
******

ORDER

For the reasons stated in the accompanying memorandum, it is, this 30th day of January 2003

ORDERED

1. Defendants' motion to dismiss is granted; and

2. This action is dismissed.

J. Frederick Motz
United States District Judge

JAN 30

